STATE OF NEBRASKA, APPELLEE, v. CEDRIC D. JOHNSON, APPELLANT.

346 N.W.2d 423

Filed March 30, 1984. No. 83-903.

Thomas M. Kenney, Douglas County Public Defender, and Stanley A. Krieger, for appellant.

Paul L. Douglas, Attorney General, and Mel Kammerlohr, for appellee.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE, SHANAHAN, and GRANT, JJ.

PER CURIAM.

The defendant was sentenced to concurrent terms of 1 to 2 years in the Nebraska Penal and Correctional Complex on November 4, 1983, on charges of receiving stolen property and carrying a concealed weapon.

He appeals and assigns as the sole error the excessiveness of the sentences. After a review of the record, including the presentence report, we agree.

The sentences are modified to provide for concurrent terms of 1 year each.

AFFIRMED AS MODIFIED.